# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa Vondran, | No. CV-18-01524-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Costco Wholesale Corporation, et al., | |
| Defendants. | |

Pursuant to the Parties' Stipulation (Doc. 29) and good cause appearing,

**IT IS ORDERED** that Defendants Costco Wholesale Corporation, DIRECTV, Inc., and Smart Circle International are dismissed with prejudice from the above-captioned matter, with each party to bear its own attorneys' fees and costs.

Dated this 21st day of August, 2018.

Honorable G. Murray Snow
United States District Judge