Steven C. Vondran, [SBN 025911]
THE LAW OFFICES OF STEVEN C. VONDRAN, PC
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
E-mail: steve@vondranlegal.com

*Attorneys for LISA VONDRAN*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Lisa Vondran, | |
|---|---|
| Plaintiff, | No. CV-18-01524-GMS |
| v. | NOTICE OF SETTLEMENT |
| Costco Wholesale Corporation, an unknown corporation; Sonoran Technical Service, Inc. an unknown Arizona organization, Rodolfo Lopez, an Individual et al. Does 1-100, | |
| Defendants. | |

Plaintiff, Lisa Vondran, throught counsel, and, pursuant to Rule 5.1(b), Arizona Rules of Civil Procedure, give notice of settlement of the above-entitled matter. The parties, through their respective counsel, will be filing shortly a stipulation to dismiss this matter with prejudice.

PLAINTIFF'S STATUS REPORT

1 | Respectfully Submitted.

3 | DATED: December 4, 2018         THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

By:  /Steven C. Vondran/
Steven C. Vondran, Attorney for Plaintiff
THE LAW OFFICES OF STEVEN C. VONDRAN, PC
2415 East Camelback Road, Suite 700
Phoenix, Arizona 85016
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
E-mail: steve@vondranlegal.com

**PROOF OF SERVICE (ECF FILING)**

I declare that:

I am employed in the County of Maricopa, State of Arizona. I am over the age of eighteen years and not a party to the within cause; my business address is *2415 E. Camelback Road, Suite 700, Phoenix, Arizona 850126*. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 4, 2018 I caused to serve the following documents entitled:

**NOTICE OF SETTLEMENT**

To be filed by filing such through the Court's ECF filing system thereby providing notice to all registered users.

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on November 16, 2018, at Phoenix, Arizona.

Dated: December 4, 2018               */s/ Lisa Vondran*
                                      **LISA VONDRAN**

3